01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09  UNITED STATES OF AMERICA,              )
                                          )
10            Plaintiff,                    )
                                          )   Case No. MJ08-10
11        v.                               )
                                          )
12  HUNG VAN NGUYEN,                       )   DETENTION ORDER
                                          )
13            Defendant.                    )
    ───────────────────────────────────   )
14

Offenses charged:

        Conspiracy to Manufacture Marijuana in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(A) and 846.

Date of Detention Hearing:    January 15, 2008

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

        (2)     An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

01      (3)    Defendant has stipulated to detention, but reserves the right to contest his

02 continued detention if there is a change in circumstances.

03      (4)    There are no conditions or combination of conditions other than detention that will

04 reasonably assure the appearance of defendant as required or ensure the safety of the community.

05      IT IS THEREFORE ORDERED:

06      (1)    Defendant shall be detained pending trial and committed to the custody of the

07            Attorney General for confinement in a correctional facility separate, to the extent

08            practicable, from persons awaiting or serving sentences or being held in custody

09            pending appeal;

10      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11            counsel;

12      (3)    On order of a court of the United States or on request of an attorney for the

13            government, the person in charge of the corrections facility in which defendant is

14            confined shall deliver the defendant to a United States Marshal for the purpose of

15            an appearance in connection with a court proceeding; and

16      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

17            counsel for the defendant, to the United States Marshal, and to the United States

18            Pretrial Services Officer.

19      DATED this 15th day of January, 2008.

20

21                                            *James P. Donohue*

22                        JAMES P. DONOHUE
                             United States Magistrate Judge

23

24

25

26

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                                Rev. 1/91
PAGE 2